**Law Offices of Irina Roller, PLLC**

40 Wall Street　　　　　　　　　　　　　　　　　　　Telephone (212) 688-1100
New York, New York 10005　　　　　　　　　　　　　Facsimile (212) 706-9362
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: Hearings@RollerEsq.com

---

　　　　　　　　　　　　　　　　　　　　　　　　　　September 11, 2025

**VIA ECF**

Hon. Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

　　Re:　*P.S. et. al. v. New York City Public Schools*
　　　　　25-cv-04046 (DLC)

Dear Judge Cote:

　　Please be advised that this firm represents the Plaintiffs in the above action. Plaintiffs brought this action seeking attorneys' fees, costs and expenses pursuant to the fee shifting provision of the Individual with Disabilities Education Act, 20 U.S.C. §1400, et. seq. wherein Plaintiffs were successful in an underlying trial, as well as for this action.

　　The parties submit this joint status report per the Court's June 11, 2025 Order (ECF 9) to advise the Court the parties are in engaged in active settlement negotitions. Defendant served an Offer of Settlement for Plaintiffs' review and response. The parties remain interested in settlement of this matter.

　　Accordingly, Plaintiffs respectfully request an extension of time of the briefing schedule set by the Court's May 21, 2025 Pretrial Scheduling Order (ECF 6). This is Plaintiffs' first request for an extension of time of the briefing schedule and Defendant consents to Plaintiffs' request.

　　The parties propose the following amended briefing schedule:

- Plaintiffs' Motion for Summary Judgment due by October 20, 2025
- Defendant's Response due by November 20, 2025
- Plaintiffs' Reply due by December 10, 2025

　　Accordingly, the parties respectfully request an extension of time of the briefing schedule and propose the submission of a joint status letter by September 30, 2025 advising the Court the on the status of settlement negotiations.

*[Handwritten: The schedule for the motion is approved. There shall be no further extension of these dates.*
*/s/ Denise Cote*
*9/11/25]*

I thank you in advance for the Court's consideration of this request.

                                        Respectfully submitted,

                                        s/_____

                                        Irina Roller
                                        *Attorneys for the Plaintiff*

cc:      All counsel for Defendant via ECF